IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JORGE L. ARROYO O'NEILL, | : | Civil No. 3:15-cv-2039 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| PRIMECARE MEDICAL INC., et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 23rd day of June, 2016, upon consideration of Defendants' motion (Doc. 17) to dismiss, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 17) to dismiss is **GRANTED**. The complaint is **DISMISSED** with prejudice.

2. Plaintiff's request for a preliminary injunction and temporary restraining order is **DENIED**.

3. The Clerk of Court is directed to **CLOSE** this action.

4. Any appeal from this Order is **DEEMED** frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge